# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-60188
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
December 30, 2019
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                Plaintiff-Appellee

v.

AMBROSE DEJUAN NELSON,

                Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:18-CR-121-1

Before ELROD, COSTA, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Ambrose Dejuan Nelson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Nelson has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Nelson's claims of ineffective assistance

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Case: 19-60188 Document: 00515278169 Page: 2 Date Filed: 01/21/2020
Case 1:18-cr-00121-HSO-RPM Document 48 Filed 01/21/20 Page 2 of 2

No. 19-60188

of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Nelson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.