**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**AMBROSE DEJUAN NELSON**

**v.**                                                            **Civil No. 1:21cv260-HSO**

**UNITED STATES OF AMERICA**

                                    **AND**

**UNITED STATES OF AMERICA**

**v.**                                                            **Crim. No. 1:18cr121-HSO-RPM-1**

**AMBROSE DEJUAN NELSON**

## FINAL JUDGMENT

For the reasons given in the Order denying Defendant Ambrose Dejuan

Nelson's Motion [52] to Vacate, Set Aside, or Correct Sentence by a Person in Federal

Custody pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment pursuant to

Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this

case is dismissed.

**SO ORDERED AND ADJUDGED**, this the 11th day of August, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE